UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NOEL VELASQUEZ and CARLOS RIVERA,
individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

DIGITAL PAGE, INC. d/b/a FUSION WIRELESS;
CELLULAR CONSULTANTS INC., d/b/a FUSION
WIRELESS; CELLULAR CONSULTANTS OF
NASSAU, INC., d/b/a FUSION WIRELESS;
CELLULAR CONSULTANTS OF NASSAU ST I, d/b/a
FUSION WIRELESS; CELLULAR CONSULTANTS
OF FARMINGDALE, d/b/a FUSION WIRELESS;
BRANDON HAENEL and ROBERT PACHTMAN

                Defendants.
-----------------------------------------------------------------X

11-CV-3892 (LDW)(AKT)

DECLARATION OF
BRANDON HAENEL

BRANDON HAENEL, pursuant to 28 U.S.C. § 1746 and Local Civil Rule 1.10 of the United States District Court for the Eastern District of New York, declares as follows:

1. I am the Vice President of Defendants, Digital Page, Inc. and Cellular Consultants Inc. In this capacity, your deponent is fully and personally familiar with all the facts and circumstances set forth herein.

2. I declare under the penalty of perjury that the foregoing is true and correct.

3. Digital Page Inc. performs business only at 1011 Port Washington Blvd., Port Washington, NY.

4. Opt-in, Michael Nazario, was never employed by Digital Page, Inc. or Cellular Consultants Inc.

Dated: 11/28/11

                                                             Brandon Haenel