2/25/2014

**Accounts**
137J3B
VALLI KANE & VAGNINI
GARDEN CITY

LexisNexis® PowerInvoice™ – Basic Billing

**Date Range**
01/28/2014 - 02/24/2014

**Report Date**
02/25/2014

**Currency**
US DOLLARS

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| FUSION WIRELESS | REHMAN, ANIEBA | 14NIFQG | 05-Feb-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:52:32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 2.00 | $144.00 | ($135.37) | $8.63 | $0.00 | $0.00 | $8.63 | $0.73 | $9.36 |
| | | | | SHEPARD'S SERVICE | SINGLE DOCUMENT RETRIEVAL | 8.00 | $160.00 | ($150.41) | $9.59 | $0.00 | $0.00 | $9.59 | $0.83 | $10.42 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 2.00 | $30.00 | ($28.20) | $1.80 | $0.00 | $0.00 | $1.80 | $0.14 | $1.94 |
| | | | | | ONLINE TIME | 00:00:13 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 10-Feb-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 01:19:57 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 7.00 | $594.00 | ($473.77) | $30.23 | $0.00 | $0.00 | $30.23 | $2.61 | $32.84 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 2.00 | $40.00 | ($37.60) | $2.40 | $0.00 | $0.00 | $2.40 | $0.21 | $2.61 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 1.00 | $15.00 | ($14.10) | $0.90 | $0.00 | $0.00 | $0.90 | $0.07 | $0.97 |
| | | | | | ONLINE TIME | 00:00:04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

2/25/2014

## LexisNexis® PowerInvoice™ - Basic Billing

| Date | Service | Description | Time/Qty | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11-Feb-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:47:37 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SEARCHES | 2.00 | $144.00 | ($135.36) | $8.64 | $0.00 | $8.64 | $0.75 | $9.39 |
| | | SINGLE DOCUMENT RETRIEVAL | 4.00 | $80.00 | ($75.20) | $4.80 | $0.00 | $4.80 | $0.42 | $5.22 |
| 12-Feb-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 03:15:30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SEARCHES | 11.00 | $792.00 | ($744.50) | $47.50 | $0.00 | $47.50 | $4.10 | $51.60 |
| | | SINGLE DOCUMENT RETRIEVAL | 13.00 | $260.00 | ($244.40) | $15.60 | $0.00 | $15.60 | $1.37 | $16.97 |
| 13-Feb-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:41:19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SINGLE DOCUMENT RETRIEVAL | 10.00 | $200.00 | ($188.00) | $12.00 | $0.00 | $12.00 | $1.03 | $13.03 |
| | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 1.00 | $15.00 | ($14.10) | $0.90 | $0.00 | $0.90 | $0.07 | $0.97 |
| | | ONLINE TIME | 00:03:53 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14-Feb-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:16:05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $20.00 | ($18.80) | $1.20 | $0.00 | $1.20 | $0.11 | $1.31 |
| | SHEPARD'S SERVICE | ONLINE TIME | 00:00:02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sub-Total: | | | | $3,404.00 | ($2,259.81) | $144.19 | $0.00 | $144.19 | $12.44 | $156.63 |

LexisNexis® PowerInvoice™ - Basic Billing

**FUSION WIRELESS**

Client: REHMAN, ANEEDA — Matter: 14N1FQG
Timekeeper: J21SWRM — SINHA, TITO

| Date | Service | Description | Qty | List Amount | Discount | Amount | | Amount | | | Amount | Tax | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25-Feb-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:15:21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | LEXIS LEGAL SERVICES | SEARCHES | 2.00 | $144.00 | ($136.58) | $7.42 | $0.00 | $7.42 | $0.00 | $0.00 | $7.42 | $0.64 | $8.06 |
| 10-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:45:44 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SINGLE DOCUMENT RETRIEVAL | 6.00 | $120.00 | ($116.68) | $3.32 | $0.00 | $3.32 | $0.00 | $0.00 | $3.32 | $0.28 | $3.60 |
| 11-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 02:05:02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SINGLE DOCUMENT RETRIEVAL | 18.00 | $360.00 | ($350.07) | $9.93 | $0.00 | $9.93 | $0.00 | $0.00 | $9.93 | $0.86 | $10.79 |
| 12-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 03:31:06 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SEARCHES | 6.00 | $852.00 | ($828.47) | $23.53 | $0.00 | $23.53 | $0.00 | $0.00 | $23.53 | $2.03 | $25.56 |
| | | SINGLE DOCUMENT RETRIEVAL | 86.00 | $1,720.00 | ($1,672.49) | $47.51 | $0.00 | $47.51 | $0.00 | $0.00 | $47.51 | $4.12 | $51.63 |
| | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 5.00 | $75.00 | ($72.93) | $2.07 | $0.00 | $2.07 | $0.00 | $0.00 | $2.07 | $0.18 | $2.25 |
| | | ONLINE TIME | 00:04:39 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 01:38:47 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SEARCHES | 8.00 | $1,136.00 | ($1,104.63) | $31.37 | $0.00 | $31.37 | $0.00 | $0.00 | $31.37 | $2.71 | $34.08 |
| | | SINGLE DOCUMENT RETRIEVAL | 3.00 | $60.00 | ($58.34) | $1.66 | $0.00 | $1.66 | $0.00 | $0.00 | $1.66 | $0.14 | $1.80 |
| 18-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:15:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $20.00 | ($19.45) | $0.55 | $0.00 | $0.55 | $0.00 | $0.00 | $0.55 | $0.05 | $0.60 |
| 19-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:27:59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SEARCHES | 2.00 | $284.00 | ($276.15) | $7.85 | $0.00 | $7.85 | $0.00 | $0.00 | $7.85 | $0.68 | $8.53 |
| | | SINGLE DOCUMENT RETRIEVAL | 2.00 | $40.00 | ($38.89) | $1.11 | $0.00 | $1.11 | $0.00 | $0.00 | $1.11 | $0.10 | $1.21 |
| 24-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 01:21:43 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SEARCHES | 4.00 | $852.00 | ($828.47) | $23.53 | $0.00 | $23.53 | $0.00 | $0.00 | $23.53 | $2.03 | $25.56 |
| | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $80.00 | ($77.79) | $2.21 | $0.00 | $2.21 | $0.00 | $0.00 | $2.21 | $0.20 | $2.41 |
| | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 1.00 | $15.00 | ($14.59) | $0.41 | $0.00 | $0.41 | $0.00 | $0.00 | $0.41 | $0.02 | $0.43 |
| 25-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:07:46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | ONLINE TIME | 01:36:04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | SEARCHES | 2.00 | $284.00 | ($276.16) | $7.84 | $0.00 | $7.84 | $0.00 | $0.00 | $7.84 | $0.67 | $8.51 |
| | | SINGLE DOCUMENT RETRIEVAL | 6.00 | $120.00 | ($116.69) | $3.31 | $0.00 | $3.31 | $0.00 | $0.00 | $3.31 | $0.28 | $3.59 |
| Sub-Total: | | | | $6,162.00 | ($5,988.38) | $173.62 | $0.00 | $173.62 | $0.00 | $0.00 | $173.62 | $14.99 | $188.61 |

4/29/2014

**Accounts**
137J3B
VALLI KANE & VAGNINI
GARDEN CITY

LexisNexis® PowerInvoice™ - Basic Billing

Date Range
03/26/2014 - 04/28/2014

Report Date
04/29/2014

Currency
US DOLLARS

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT USE | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FUSION WIRELESS | SINHA, TITO | J215WRM | 26-Mar-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 01:31:05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 3.00 | $426.00 | ($412.79) | $13.21 | $0.00 | $0.00 | $13.21 | $1.14 | $14.35 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 8.00 | $160.00 | ($155.04) | $4.96 | $0.00 | $0.00 | $4.96 | $0.43 | $5.39 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 2.00 | $30.00 | ($29.07) | $0.93 | $0.00 | $0.00 | $0.93 | $0.09 | $1.02 |
| | | | | | ONLINE TIME | 00:00:09 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 09-Apr-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 03:33:46 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 12.00 | $1,704.00 | ($1,671.67) | $32.33 | $0.00 | $0.00 | $32.33 | $2.80 | $35.13 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 38.00 | $760.00 | ($745.58) | $14.42 | $0.00 | $0.00 | $14.42 | $1.24 | $15.66 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 6.00 | $90.00 | ($88.30) | $1.70 | $0.00 | $0.00 | $1.70 | $0.13 | $1.83 |
| | | | | | ONLINE TIME | 00:13:03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | 10-Apr-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:55:30 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 6.00 | $852.00 | ($835.84) | $16.16 | $0.00 | $0.00 | $16.16 | $1.40 | $17.56 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 9.00 | $180.00 | ($176.58) | $3.42 | $0.00 | $0.00 | $3.42 | $0.30 | $3.72 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 1.00 | $15.00 | ($14.71) | $0.29 | $0.00 | $0.00 | $0.29 | $0.03 | $0.32 |
| | | | | | ONLINE TIME | 00:00:08 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sub-Total: | | | | | | | $4,217.00 | ($4,129.58) | $87.42 | $0.00 | $0.00 | $87.42 | $7.56 | $94.98 |

5/27/2014

LexisNexis® PowerInvoice™ - Basic Billing

**Accounts**
137J3B
VALLI KANE & VAGNINI
GARDEN CITY

Date Range
04/29/2014 - 05/26/2014

Report Date
05/27/2014

Currency
US DOLLARS

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | TRANSACTIONAL USE | | | |
| FUSION WIRELESS | SINHA, TITO | J215WRM | 29-Apr-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:52:34 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 5.00 | $100.00 | ($97.99) | $2.01 | $0.00 | $0.00 | $2.01 | $0.17 | $2.18 |
| | | | 30-Apr-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 01:39:00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 1.00 | $142.00 | ($139.14) | $2.86 | $0.00 | $0.00 | $2.86 | $0.25 | $3.11 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 9.00 | $180.00 | ($176.38) | $3.62 | $0.00 | $0.00 | $3.62 | $0.30 | $3.92 |
| | | | 02-May-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:00:19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $20.00 | ($19.23) | $0.77 | $0.00 | $0.00 | $0.77 | $0.06 | $0.83 |
| Sub-Totals | | | | | | | $442.00 | ($432.74) | $9.26 | $0.00 | $0.00 | $9.26 | $0.78 | $10.04 |

6/23/2014

LexisNexis® PowerInvoice™ - Basic Billing

**Accounts**
13703B
VALLI KANE & VAGNINI
GARDEN CITY

**Date Range**
05/27/2014 - 06/22/2014

**Report Date**
06/23/2014

**Currency**
US DOLLARS

## DETAIL BY CLIENT/USER/DATE/SERVICE/TYPE OF CHARGE

| CLIENT | USER NAME | USER ID | DATE | SERVICE | TYPE OF CHARGE | QUANTITY | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| FUSION WIRELESS | SINHA, TITO | J215WRM | 29-May-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:17:26 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 2.00 | $284.00 | ($271.18) | $12.82 | $0.00 | $0.00 | $12.82 | $1.10 | $13.92 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $20.00 | ($19.10) | $0.90 | $0.00 | $0.00 | $0.90 | $0.08 | $0.98 |
| | | | 19-Jun-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:23:56 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 7.00 | $994.00 | ($825.77) | $168.23 | $0.00 | $0.00 | $168.23 | $14.52 | $182.75 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $20.00 | ($16.62) | $3.38 | $0.00 | $0.00 | $3.38 | $0.29 | $3.67 |
| Sub-Total: | | | | | | | $1,318.00 | ($1,132.67) | $185.33 | $0.00 | $0.00 | $185.33 | $15.99 | $201.32 |

7/31/2014

LexisNexis® PowerInvoice™ - Basic Billing

| Client | Name | ID | Date | Service | Type | Qty/Time | Amount | Discount | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FUSION WIRELESS | SINHA, TITO | J215WRM | 09-Jul-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:26:03 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 2.00 | $384.00 | ($275.56) | $8.44 | $0.00 | $8.44 | $8.72 | $9.16 |
| | | | 10-Jul-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 02:08:58 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 2.00 | $284.00 | ($275.56) | $8.44 | $0.00 | $8.44 | $9.73 | $9.17 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 13.00 | $260.00 | ($252.27) | $7.73 | $0.00 | $7.73 | $9.65 | $8.38 |
| | | | 28-Jul-2014 | LEXIS LEGAL SERVICES | ONLINE TIME | 00:51:35 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| | | | | | SEARCHES | 1.00 | $142.00 | ($137.77) | $4.23 | $0.00 | $4.23 | $0.36 | $4.59 |
| | | | | | SINGLE DOCUMENT RETRIEVAL | 1.00 | $20.00 | ($19.40) | $0.60 | $0.00 | $0.60 | $0.07 | $0.67 |
| | | | | SHEPARD'S SERVICE | LEGAL CITATION SERVICES | 2.00 | $30.00 | ($29.10) | $0.90 | $0.00 | $0.90 | $0.07 | $0.97 |
| | | | | | ONLINE TIME | 00:15:21 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Sub-Total: | | | | | | | $1,020.00 | ($989.66) | $30.34 | $0.00 | $30.34 | $2.60 | $33.94 |

https://www.lexisnexis.com/PowerInvoice/billSearch.do

# INVOICE

**US LEGAL SUPPORT**
The Power of Commitment.

p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 173651 | 8/29/2012 | 94201 |
| Job Date | | Case No. |
| 8/24/2012 | | |
| Case Name | | |
| Noel Velasquez v. Digital Page | | |
| Payment Terms | | |
| Due upon receipt | | |

S. Tito Sinha
Vaili, Kane & Vagnini, L.L.P.
600 Old Country Road
Suite 519
Garden City, NY 11530

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Robert Pachtman | 170.00 | Pages | 637.50 |
| Reporter Appearance - Per Session | 2.00 | Sessions | 40.00 |
| Expedite - 3-day | 170.00 | Pages | 477.70 |
| Condensed Transcript - Complimentary | | | 0.00 |
| E-Transcript - Complimentary | | | 0.00 |
| Handling & Processing | | | 35.00 |
| Shipping - Complimentary | | | 0.00 |
| Split Bill | | | -595.10 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | |
|---|---|---|---|
| Victor Rezabla | 117.00 | Pages | 438.75 |
| Expedite - 3-day | 117.00 | Pages | 328.77 |
| Split Bill | | | -383.76 |

| TOTAL DUE >>> | **$978.86** |
|---|---|
| AFTER 10/13/2012 PAY | $1,076.75 |

Tax ID: 76-0523238

Phone: 516-203-7180      Fax:

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

*Please detach bottom portion and return with payment.*

| Job No. | : 94201 | BU ID | :97-PA NO |
|---|---|---|---|
| Case No. | : | | |
| Case Name | : Noel Velasquez v. Digital Page | | |
| Invoice No. | : 173651 | Invoice Date | :8/29/2012 |
| Total Due | : $0.00 | | |

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____   Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

AMEX   MasterCard   VISA

S. Tito Sinha
Vaili, Kane & Vagnini, L.L.P.
600 Old Country Road
Suite 519
Garden City, NY 11530

Remit To:   **U.S. Legal Support**
**P.O. Box 4772-13**
**Houston, TX 77210-4772**

# INVOICE

USLEGAL SUPPORT
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 173651 | 8/29/2012 | 94201 |
| Job Date | | Case No. |
| 8/24/2012 | | |
| Case Name | | |
| Noel Velasquez v. Digital Page | | |
| Payment Terms | | |
| Due upon receipt | | |

S. Tito Sinha
Vaili, Kane & Vagnini, L.L.P.
600 Old Country Road
Suite 519
Garden City, NY  11530

Deposition held in Garden City, NY

Splitting bill with Milman Labuda Law Group.

Thank you for your business!

| | |
|---|---|
| (-) Payments/Credits: | 978.86 |
| (+) Finance Charges/Debits: | 97.89 |
| (=) New Balance: | 0.00 |

Tax ID: 76-0523238

Phone: 516-203-7180      Fax:

*Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.*

*Please detach bottom portion and return with payment.*

S. Tito Sinha
Vaili, Kane & Vagnini, L.L.P.
600 Old Country Road
Suite 519
Garden City, NY  11530

| | | |
|---|---|---|
| Job No. | : 94201 | BU ID     :97-PA NO |
| Case No. | : | |
| Case Name | : Noel Velasquez v. Digital Page | |
| Invoice No. | : 173651 | Invoice Date   : 8/29/2012 |
| **Total Due** | **: $0.00** | |

## PAYMENT WITH CREDIT CARD

AMEX    MASTERCARD    VISA

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:            Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support**
            **P.O. Box 4772-13**
            **Houston, TX  77210-4772**



# INVOICE

**U.S. LEGAL SUPPORT**
The Power of Commitment.
p: 877.479.2484
f: 877.876.9330

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 174010 | 8/31/2012 | 94200 |
| Job Date | | Case No. |
| 8/23/2012 | | |
| Case Name | | |
| Noel Velasquez v. Digital Page | | |
| Payment Terms | | |
| Due upon receipt | | |

S. Tito Sinha
Valli, Kane & Vagnini, L.L.P.
600 Old Country Road
Suite 519
Garden City, NY 11530

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Brandon Haenel

| | | |
|---|---|---|
| | 241.00 Pages | 903.75 |
| Reporter Appearance - Per Session | 2.00 Sessions | 40.00 |
| Expedite - 4-day | 170.00 Pages | 382.50 |
| Condensed Transcript - Complimentary | | 0.00 |
| E-Transcript - Complimentary | | 0.00 |
| Handling & Processing | | 35.00 |
| Shipping - Complimentary | | 0.00 |
| Split Bill | | -680.63 |

| | |
|---|---|
| **TOTAL DUE >>>** | **$680.62** |
| AFTER 10/15/2012 PAY | $748.68 |

Deposition held in Garden City, NY

Thank you for your business!

| | |
|---|---|
| (-) Payments/Credits: | 680.62 |
| (+) Finance Charges/Debits: | 68.06 |
| (=) New Balance: | **0.00** |

Invoices not paid by due date will be subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Tax ID: 76-0523238                                                                 Phone: 516-203-7180   Fax:

*Please detach bottom portion and return with payment.*

S. Tito Sinha
Valli, Kane & Vagnini, L.L.P.
600 Old Country Road
Suite 519
Garden City, NY 11530

| | | | |
|---|---|---|---|
| Job No. | : 94200 | BU ID | :97-PA NO |
| Case No. | : | | |
| Case Name | : Noel Velasquez v. Digital Page | | |
| Invoice No. | : 174010 | Invoice Date | : 8/31/2012 |
| Total Due | : $0.00 | | |

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:   **U.S. Legal Support**
            **P.O. Box 4772-13**
            **Houston, TX 77210-4772**

# Invoice

| Date |
|------|
| 7/14/2014 |

| Invoice # |
|-----------|
| 816775 |

**T.M.S. Services, Inc.**
600 Old Country Road
Suite 300
Garden City, NY 11530
Ph-516-280-2501  Fax- 866-676-4796
Email: tmslegalservices@yahoo.com

Tax ID# 11-3520710

Valli Kane & Vagnini, LLP
600 Old Country Rd, Ste 519
Garden City, NY  11530

| Description | Amount |
|-------------|--------|
| (2) Additional Investigations | 100.00 |
| See attached----------Service Fee | |

| Total | $100.00 |
|-------|---------|

3 7 2 0

100.00

7/15/2014

Fusion wireless - address checks

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
T.M.S Services, Inc.

Citibank VKV operatin   Invoice # 816775 - Fusion Wireless

---

3 7 2 0

100.00

100.00

7/15/2014

Fusion wireless - address checks

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
T.M.S Services, Inc.

Citibank VKV operatin   Invoice # 816775 - Fusion Wireless

---

100.00

Fusion wireless - address checks

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
T.M.S Services, Inc.

Citibank VKV operatin   Invoice # 816775 - Fusion Wireless

PRODUCT DLT103     USE WITH 91663 ENVELOPE

# Invoice

T.M.S. Services, Inc.
600 Old Country Road
Suite 300
Garden City, NY 11530
Ph-516-280-2501  Fax- 866-676-4796
Email: tmslegalservices@yahoo.com

| Date | Invoice # |
|------|-----------|
| 9/8/2014 | 817589 |

Tax ID# 11-3520710

Valli Kane & Vagnini, LLP
600 Old Country Rd, Ste 519
Garden City, NY 11530

| Description | Amount |
|-------------|--------|
| Investigation Daniel Rivera | 65.00 |

| | Total | $65.00 |

3800

65.00

65.00

65.00

65.00

9/18/2014

9/18/2014

Investigation - Daniel Rivera

Investigation - Daniel Rivera

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
T.M.S Services, Inc.

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
T.M.S Services, Inc.

Citibank VKV operatin   Invoice # 817589 - Daniel Rivera

Citibank VKV operatin   Invoice # 817589 - Daniel Rivera

PRODUCT DLT103     USE WITH 91663 ENVELOPE

# Invoice

**T.M.S. Services, Inc.**
600 Old Country Road
Suite 300
Garden City, NY 11530
Ph-516-280-2501 Fax- 866-676-4796
Email: tmslegalservices@yahoo.com

| Invoice # |
|---|
| 816639 |

| Date |
|---|
| 7/7/2014 |

Tax ID# 11-3520710

Valli Kane & Vagnini, LLP
600 Old Country Rd, Ste 519
Garden City, NY  11530

| Description | Amount |
|---|---|
| (19) Investigations per list See attached | 950.00 |
| | |
| **Total** | **$950.00** |

3716

950.00

7/10/2014

Fusion wireless - address checks

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
T.M.S Services, Inc.

Citibank VKV operatin   Invoice # 816639 - Fusion Wireless

3716

950.00

950.00

7/10/2014

Fusion wireless - address checks

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
T.M.S Services, Inc.

Citibank VKV operatin   Invoice # 816639 - Fusion Wireless

950.00

Citibank VKV operatin   Invoice # 816639 - Fusion Wireless

PRODUCT DLT103     USE WITH 91663 ENVELOPE

2/25/2014

FedEx Ship Manager - Print Your Label(s)

1/2

**FedEx** Shipment Receipt

**Address Information**

**Ship to:**
Jamie S. Felsen, Esq.
Milman Labuda Law Group PLLC
3000 MARCUS AVE STE 3W8

LAKE SUCCESS, NY
11042
US
5162037180

**Ship from:**
Robert J. Valli Jr
Valli Kane & Vagnini LLP

600 Old Country Road

Suite 519
Garden City, NY
11530
US
5163030684

*Fusion Wireless*

**Shipment Information:**
Tracking no.: 798033894750
Ship date: 02/25/2014
Estimated shipping charges: 11.34

**Package Information**
Pricing option: FedEx Standard Rate
Service type: FedEx Express Saver
Package type: FedEx Pak
Number of packages: 1
Total weight: 1  LBS
Declared Value: 0.00  USD
Special Services:
Pickup/Drop-off: Use an already scheduled pickup at my location

**Billing Information:**
Bill transportation to: VK Fedex-864
Your reference:  Fusion Wireless
P.O. no.:
Invoice no.:
Department no.:

Thank you for shipping online with **FedEx ShipManager** at fedex.com.

**Please Note**

FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery, misdelivery, or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim. Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental, consequential, or special is limited to the greater of

https://www.fedex.com/shipping/shipAction.handle?method=doContinue

# VALLI KANE & VAGNINI Expense report

*For Office Use Only*

| CLIENT | SUMANTRA SINHA | | STATEMENT NUMBER: | | | PAY PERIOD: | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | | From | | |
| | | | | | | To | | |

**EMPLOYEE INFORMATION:**

| Name | | Position | | SSN | |
| --- | --- | --- | --- | --- | --- |
| Department | | Manager | | Employee ID | |

| Date | Description | Hotel | Transport | Fuel | Meals | Phone | Entertainment | Office supplies | Misc. | Total |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 2/20/2015 | CALLES SILVA - Meeting with Client, FP to Brentwood to Garden City 52.7 miles x .575 = 30.30 | | $ 30.30 | | | | | | $ | 30.30 |
| 2/25/2015 | FUSION WIRELESS - Court Appearance FP to Central Islip to Garden City = 62.2 | | | | | | | | $ | - |
| | miles x .575 = 35.77 | | $ 35.77 | | | | | | $ | 35.77 |
| | | | | | | | | | $ | - |
| | | | | | | | | | $ | - |
| | | | | | | | | | $ | - |
| | | | | | | | | | $ | - |
| | | | | | | | | | $ | - |
| | | $ 66.07 | $ - | $ - | $ - | $ - | $ - | $ - | $ | |

| | | |
| --- | --- | --- |
| **NOTES:** | Subtotal | $ 66.07 |
| | Advances | |
| **APPROVED:** | Total | $ 66.07 |



4007

66.07

3/12/2015

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
Sumantra Sinha, Esq

Citibank VKV operatin    Reimburse mileage

Reimburse mileage Silva & Fusion

4007

66.07

3/12/2015

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
Sumantra Sinha, Esq

Citibank VKV operatin    Reimburse mileage

Reimburse mileage Silva & Fusion

66.07

Citibank VKV operatin    Reimburse mileage

PRODUCT DLT103    USE WITH 91663 ENVELOPE

# VALLI KANE & VAGNINI Expense report

For Office

CLIENT _____    STATEMENT NUMBER: _____   PAY PERIOD:   From _____
                                                                                  To _____

EMPLOYEE INFORMATION:
Name        SUMANTRA SINHA _____    Position _____    SSN _____
Department _____            Manager _____    Employ_____

| Date | Description | Transport | Fuel | Total |
|------|-------------|-----------|------|-------|
| 5/14/2014 | FUSION WIRELESS - Travel to Central Islip - 54.8 miles round trip x. 56 = 30.69 | $ 30.69 | | $ 30.69 |
| 9/3/2014 | FUSION WIRELESS - Travel to Central Islip - 54.8 miles round trip x. 56 = 30.69 | $ 30.69 | | $ 30.69 |
| 11/17/2014 | FUSION WIRELESS - Travel to Central Islip - 54.8 miles round trip x. 56 = 30.69 | $ 30.69 | | $ 30.69 |
| 12/4/2014 | FUSION WIRELESS - Travel to Central Islip - 54.8 miles round trip x. 56 = 30.69 | $ 30.69 | | $ 30.69 |
| 8/29/2014 | D'ANNUNZIO - Travel to Brooklyn - 53 miles round trip x .56 = 29.68 | $ 29.68 | | $ 29.68 |
| 11/5/2014 | SMITHTOWN - Travel to Central Islip - 54.8 miles round trip x. 56 = 30.69 | $ 30.69 | | $ 30.69 |
| 1/28/2014 | ROSARIO - Travel to Brooklyn - 53 miles round trip x .56 = 29.68 | $ 29.68 | | $ 29.68 |
| 5/7/2014 | RANDO - Travel to EEOC -58 miles round trip x. .56 = 32.48 | $ 32.48 | | $ 32.48 |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | | | $ - |
| | | $ - | **Total** | $ 245.29 |

APPROVED: _____    NOTES: _____
          _____           _____

*7 cases closed*

*$ 245.29 -*
*62.16*
*$ 183.13*

3901

183.13

12/4/2014

Reimburse mileage expenses

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
Sumantra Sinha, Esq

Citibank VKV operatin    Reimburse mileage expense

3901

183.13

183.13

12/4/2014

Reimburse mileage expenses

**VALLI KANE & VAGNINI LLP**
OPERATING ACCOUNT
Sumantra Sinha, Esq

183.13

Reimburse mileage expense

Citibank VKV operatin

PRODUCT DLT103    USE WITH 91663 ENVELOPE