UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
NOEL VELASQUEZ and CARLOS
RIVERA, individually and on behalf of all
others similarly situated,

                                                                          ORDER

                    Plaintiffs,                    CV 11-3892

         -against-                          (Wexler, J.)

DIGITAL PAGE, INC. d/b/a/, FUSION
WIRELESS; CELLULAR CONSULTANTS,
INC., d/b/a/, FUSION WIRELESS;
CELLULAR CONSULTANTS OF NASSAU,
INC., d/b/a/, FUSION WIRELESS; CELLULAR
CONSULTANTS OF NASSAU ST/1, d/b/a/,
FUSION WIRELESS; CELLULAR
CONSULTANTS OF FARMINGDALE,
d/b/a/, FUSION WIRELESS; BRANDON
HAENEL and ROBERT PACHTMAN,

                    Defendants.
------------------------------------------------------------X



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ AUG 10 2015 ★
LONG ISLAND OFFICE

APPEARANCES:

       VALLI KANE & VAGNINI LLP
       BY: JAMES ALDO VAGNINI, ESQ., SUMANTRA T. SUNHA, ESQ.
       Attorneys for Plaintiffs
       600 Old Country Road Suite 519
       Garden City, New York 11530

       MILMAN LABUDA LAW GROUP PLLC
       BY: JOSEPH M. LABUDA, ESQ., JAMIE SCOTT FELSEN, ESQ.
       Attorneys for Defendants
       3000 Marcus Avenue, Suite 3W3
       Lake Success, New York 11042

WEXLER, District Judge:

       This is a case brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 207 (the

"FLSA") and parallel provisions of New York State law, seeking overtime compensation against

the Defendant employers. Plaintiffs include two named plaintiffs and eight (8) opt-in plaintiffs.[1]
Before the Court is a Joint Motion for Final Approval of Collective Action Settlement
Agreement. The Court has reviewed the parties' submissions, including the Settlement
Agreement and General Release ("Settlement") executed by the named Plaintiffs and Defendants,
and hereby approves the settlement. See Cheeks v. Freeport Pancake House, et. al, 2015 WL
4664283 (2d Cir. August 7, 2015) (requiring court approval of private stipulated dismissals with
prejudice of FLSA claims). This action is dismissed with prejudice. Plaintiffs' counsel's motion
for attorneys' fees and costs will be addressed in a separate order.

SO ORDERED

                                      s/ Leonard D. Wexler
                                      LEONARD D. WEXLER
                                      UNITED STATES DISTRICT JUDGE

Central Islip, New York
August 10, 2015

---

[1] One opt-in plaintiff has declined to participate in the settlement, did not meet a deadline to affirm his participation, and has failed to respond to plaintiff's counsel's attempts to reach him. Thus, the settlement funds do not include a payment to him. See Joint Motion, at 2.